*William Pearsall* v. *George Ostrander et al.* E. SAND-FORD, for appellant; A. C. SMITH, for respondents. Order of the vice-chancellor denying motion for receiver and dissolving injunction, affirmed with costs.

*David S. Jarvis* v. *Francis A. Palmer.* R. F. WINSLOW, for appellant; S. B. H. JUDAH, for respondent. Order of the vice-chancellor of the first circuit reversed, so far as relates to the first demurrer, and that demurer allowed; and the order affirmed so far as relates to the disallowing of the second and third demurrers and the plea to be without prejudice to the defendant's right to insist upon the same matters in his answer. Neither party to have costs as against the other.

*In the matter of Alanson White, an habitual drunkard.* O. L. BARBOUR, for petitioners. In this case, upon an application for the appointment of a committee, the chancellor directed the bond to be given by the committee to be made payable to the people; and he observed that it was incorrect to make the bond in such cases payable to the lunatic, &c.

Form of bond by committee of a lunatic.

☞ The subscriber will at all times give his prompt attention to such counsel business before the Chancellor, including ex parte motions necessary to be heard in vacation, as may be sent to him. It is his intention hereafter to attend the Chancellor's regular and special terms at Albany, and at New-York, as well as the special terms held at this place.

Papers intended to be used at any of the terms held at Albany may be sent to the care of the Register of the Court; and such as relate to motions, &c. in New-York to the care of Messrs. Halliday and Jenkins, 8 Wall-street.

O L. BARBOUR

Saratoga Springs, Aug. 8, 1845.

BENJAMIN F. SHERMAN,
TAXING & EXCEPTION MASTER,
FOR FIRST CIRCUIT,
NO. 35 WALL STREET,
New-York.